18882. ELLINGTON *v.* THE STATE.

LUKE, J. There was sufficient evidence to authorize the verdict of shooting at another not in his own defense; and the exceptions to the charge of the court, when the charge is read in its entirety, show no reversible error.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 12, 1928.

*James W. Arnold,* for plaintiff in error.
*Henry H. West, solicitor-general,* contra.